UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARGARET JONES

VERSUS

UNITED PROPERTY & CASUALTY
INSURANCE COMPANY

CIVIL ACTION

22-761-SDD-RLB

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Richard L. Bourgeois, Jr. dated December 27, 2023, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Plaintiff's complaint be dismissed without prejudice pursuant to Local Rule 41(b) for failure to comply with Court Orders.

Signed in Baton Rouge, Louisiana, on this 16 day of January, 2024.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 23.